IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL MOKSHEFSKI,**<br>     **Plaintiff,**<br><br>     v.<br><br>**JEFFREY R. SMITH,** *et al.***,**<br>     **Defendants.** | :<br>:<br>:<br>:  CIVIL ACTION NO. 23-CV-2941<br>:<br>:<br>:<br>: |

**ORDER**

**AND NOW**, this 10th day of September, 2025, upon consideration of Defendants' Motions for Summary Judgment (ECF. Nos. 61-62), and Plaintiff's Motion in Opposition (ECF No. 65), and for the reasons explained in the accompanying Memorandum it is hereby **ORDERED** that Defendants' Motions are **GRANTED**, and Summary Judgment is entered on all claims. It is **FURTHER ORDERED** that Plaintiff's request to "resume case summary Judgement," is **DENIED as moot**. The Clerk of Court is **DIRECTED** to mark this case closed.[1]

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**

---

[1] Plaintiff's Complaint also names several "Doe" Defendants. However, because a case "cannot be maintained solely against Doe defendants," when the claims against all named defendants have been dismissed, dismissal of claims against unnamed defendants is appropriate. See Hindes v. FDIC, 137 F.3d 148, 155 (3d Cir. 1998); see also Breslin v. City & County of Philadelphia, 92 F.R.D. 764, 765 (E.D. Pa. 1981).